■ In the Matter of the Application of CHARLES S. LOTSOF for Admission to Practice as an Attorney and Counselor at Law.— Application denied without prejudice to renew upon compliance with CPLR 9406 (subd. 3). Memorandum: Petitioner has been a resident of Hawaii since 1970. From 1971 to the present time he has been and presently is employed there as an associate with a law firm. While he also claims to be a resident of New York, there is nothing in his moving papers to show "that he has been an actual resident of the State of New York for six months immediately preceding the submission of his application for admission to practice and that such residence has continued until the final disposition of the application for admission to practice," as required by CPLR 9406 (subd. 3). Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.

■ In the Matter of the Application of MILTON RABOW.— Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.

■ In the Matter of HOWARD B. HELF, an Attorney.— Resignation accepted and name stricken from roll of attorneys. Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.